IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA JIMENEZ,

        Plaintiff(s),

  vs.

HOMECOMINGS FINANCIAL LLC,

        Defendant(s).

No. C 09-0146 MEJ

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

This matter is currently scheduled for a case management conference on April 30, 2009. However, as Defendant's pending motion is scheduled to be heard on May 21, 2009, the Court hereby VACATES the April 30 c.m.c.. If necessary after ruling on Defendant's motion, the Court shall reschedule the c.m.c.

**IT IS SO ORDERED.**

Dated: March 30, 2009

                                      MARIA-ELENA JAMES
                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIA C. JIMENEZ,

        Plaintiff,

v.

HOMECOMINGS FINANCIAL et al,

        Defendant.

Case Number: CV09-00146 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Jimenez
5176 Grass Valley Way
Antioch, CA 94531

Dated: March 30, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk