IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA JIMENEZ,

        Plaintiff(s),

  vs.

HOMECOMINGS FINANCIAL LLC,

        Defendant(s).

No. C 09-0146 MEJ

**ORDER RE: PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS**

      Pending before the Court is Defendant's Motion to Dismiss.  (Dkt. #17.)  On April 9, 2009, Plaintiff filed an document entitled, "Plaintiff['s] Objection to Defendant's Motion to Dismiss," which is apparently her opposition to Defendant's motion.  (Dkt. #22.)  However, rather than make any legal arguments, Plaintiff submits an amended complaint, which she argues contains "facts sufficient for the Court to deny Defendant's motion."  The Court finds this filing improper for the following reasons.

      On March 4, 2009, Plaintiff filed an Amended Complaint.  (Dkt. #13.)  Under Federal Rule of Civil Procedure 15(a), a party may amend its pleading once "as a matter of course" at any time before a responsive pleading is served.  As Defendant had not filed an answer to Plaintiff's initial complaint, the Court permitted Plaintiff's amended complaint, but instructed her "that no further amendments to her complaint may be made without seeking leave of Court pursuant to Rule 15 and

Civil Local Rule 7."  (Dkt. #14.)  Thus, Plaintiff is not entitled to file a second amended complaint without permission, and the Court hereby STRIKES Plaintiff's second amended complaint from the record.  Pursuant to Civil Local Rule 7, Plaintiff shall file an opposition to Defendant's motion by April 30, 2009.  The May 21, 2009 hearing on Defendant's motion shall remain on calendar.

**IT IS SO ORDERED.**

Dated: April 14, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIA C. JIMENEZ,

        Plaintiff,

v.

HOMECOMINGS FINANCIAL et al,

        Defendant.

Case Number: CV09-00146 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Jimenez
5176 Grass Valley Way
Antioch, CA 94531

Dated: April 14, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3