IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JIMENEZ,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>HOMECOMINGS FINANCIAL LLC,<br><br>    Defendant(s).<br>_____/ | No. C 09-0146 MEJ<br><br>**ORDER CONTINUING HEARING RE DEFENDANT'S MOTION TO DISMISS** |

    This matter is currently scheduled for a hearing on May 21, 2009 regarding Defendant's Motion to Dismiss. (Dkt. #17.) The Court hereby CONTINUES the hearing to June 11, 2009 at 10:00 a.m. in Courtroom B. As Plaintiff has filed her opposition, Defendant's reply shall be filed by May 7, 2009. No further briefing will be considered prior to the June 11 hearing.

    **IT IS SO ORDERED.**

Dated: May 4, 2009

                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIA C. JIMENEZ,

        Plaintiff,

v.

HOMECOMINGS FINANCIAL et al,

        Defendant.

Case Number: CV09-00146 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Jimenez
5176 Grass Valley Way
Antioch, CA 94531

Dated: May 4, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2