United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA JIMENEZ,

    Plaintiff(s),

vs.

HOMECOMINGS FINANCIAL LLC,

    Defendant(s).
_____/

No. C 09-0146 MEJ

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO AMEND COMPLAINT**

On May 15, 2009, Plaintiff filed a Motion to Amend her complaint. (Dkt. #30.) However, Plaintiff has now attempted to amend her complaint three times in fewer than ten weeks, and Defendant's second motion to dismiss is currently pending. (Dkt. #17.) While the Court must afford great latitude to pro se plaintiffs, it seems unfair to not allow Defendant's motion to be heard, given the likelihood that Defendant would file a third motion to dismiss in response to Plaintiff's latest amendment. Accordingly, the Court hereby DENIES WITHOUT PREJUDICE Plaintiff's motion to amend. However, the parties shall be prepared to address Plaintiff's amended complaint at the June 11 hearing on Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 20, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARIA C. JIMENEZ,

        Plaintiff,

v.

HOMECOMINGS FINANCIAL et al,

        Defendant.

Case Number: CV09-00146 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Jimenez
5176 Grass Valley Way
Antioch, CA 94531

Dated: May 20, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk