1  Glenn H. Wechsler, State Bar No. 118456
   Lawrence D. Harris, State Bar No. 153350
2  LAW OFFICES OF GLENN H. WECHSLER
   1655 N. Main Street, Suite 230
3  Walnut Creek, California  94596
   Telephone: (925) 274-0200
4  Email: *larry@glennwechsler.com*

5  Attorneys for Defendant
   HOMECOMINGS FINANCIAL LLC

6

7

8                    UNITED STATES DISTRICT COURT

9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  MARIA C. JIMENEZ,                    )  CASE NO. 09-CV-000146-MEJ
                                         )
12          Plaintiff,                   )  Assigned to:  Hon. Maria-Elena James
                                         )
13     vs.                               )  [PROPOSED] ORDER GRANTING
                                         )  DEFENDANTS' REQUEST TO
14  HOMECOMINGS FINANCIAL LLC, et al., ) APPEAR BY TELEPHONE AT
                                         )  MOTION TO DISMISS
15          Defendants.                  )
                                         )
16  _____ )  Date:  August 13, 2009
                                            Time:  10:00 a.m.
17                                          Crtrm: B
                                            Trial: None
18

19

20          The Court, having reviewed the Request for Telephonic Appearance at the Motion to Dismiss

21  filed by counsel for Defendant HOMECOMINGS FINANCIAL LLC ("Defendant"), and good cause

22  appearing therefor, hereby orders as follows:

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

---

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant may appear

2  telephonically at the Motion to Dismiss, currently set to be heard on August 13, 2009 at 10:00 a.m. in

3  Courtroom B of the above-entitled Court, by and through their counsel, Lawrence D. Harris, being

4  reachable at toll free telephone number (888) 334-6885.

5

6

7  DATED: August 7, 2009

8  _____

9  Maria-Elena James
   JUDGE, U. S. DISTRICT COURT

10

11
   G:\Larry\GMAC\Jimenez\Order.Telephonic Appearance August 13, 2009.doc
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28