UNITED STATES DISTRICT COURT

Northern District of California

MARIA C. JIMENEZ,

                Plaintiff(s),              No. C 09-00146 MEJ

  v.

HOMECOMINGS FINANCIAL,         **ORDER OF DISMISSAL**

                Defendant(s).

_____/

      On August 14, 2009, the Court granted Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint. (Dkt. #51.) As part of its order, the Court permitted Plaintiff to file any third amended complaint by September 11, 2009. As it is now September 18, 2009, and Plaintiff has not filed an amended complaint, the Court hereby DISMISSES this matter WITH PREJUDICE. The Clerk of Court shall close the file.

      **IT IS SO ORDERED.**

Dated: September 18, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge